UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ALYSA N LAWRENCE** | **CIVIL DOCKET NO. 2:24-CV-00371** |
| **VERSUS** | **JUDGE DAVID C JOSEPH** |
| **CHENNAULT RENTALS INC.** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

# JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 16] of the Magistrate Judge, previously file herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that Chennault Rentals, Inc.'s Rule 12(b)(1) and 12(b)(6) MOTION TO DISMISS [Doc. 9] be and hereby is **DENIED**.

THUS DONE AND SIGNED in Chambers on this 31st day of March, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE